UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

PETER DAVIS

Plaintiff(s),

-against-

CREDIT CONTROL, LLC; and JOHN
DOES 1-25.

Defendant(s).

Civil Case No.: 1:18-cv-00584 SJ SJB

**NOTICE OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

**PLEASE TAKE NOTICE** that the Plaintiff through his attorney, Joseph K, Jones, Esq., pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby withdraw his action with prejudice against CREDIT CONTROL, LLC; and JOHN DOES 1-25.

Dated: New York, New York
       September 21, 2018

*/s/ Joseph K. Jones*
Joseph K. Jones, Esq.
JONES, WOLF & KAPASI, LLC
One Grand Central Place
60 East 42nd Street, 46th Floor
New York, NY 10017
(646) 459-7971 telephone
(646) 459-7973 facsimile
jkj@legaljones.com

*Attorneys for Plaintiff*